IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDRE DEMETRIUS SMALLEY, : Civil No. 3:19-cv-1514
:
    Petitioner : (Judge Mariani)
:
v. :
:
WARDEN E. BRADLEY, :
:
    Respondent :

## ORDER

**AND NOW**, this 25th day of May, 2022, upon consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge